August 29, 2024

Clerk
United States District Court
For the Western District of North Carolina
401 W. Trade St. Suite 1200
Charlotte, NC 23202

Re: United States v. Perales WD N.C: 3:22-cr-0112-015

Dear Clerk:

This is to request the docket sheet for United States v. Perales WD N.C case No: 3:22-cr-0112-015 and a form for ordering my sentencing transcript. Please send both to the address below. Thank you.

Sincerely,

Erik Perales

Erik Perales #02788-510
FCI-Cumberland
P.O. BOX 1000
Cumberland, MD 21501